IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

SAMUEL O'NEAL, *et al.*,           )
        Plaintiffs           )
        v.                            )      No. 3:03-cv-397
WACKENHUT SERVICES, INC., *et al.*, )
        Defendants         )

## O R D E R

For the reasons set forth in the Memorandum Opinion this day passed to the Clerk for filing, it is hereby ORDERED that plaintiffs' motion for class certification [Court File #32] is DENIED. Defendant's motion *in limine* to exclude the expert reports and testimony of Rebecca Klemm [Court File #47] is also DENIED.

**E N T E R :**

                                      *s/ James H. Jarvis*
                                  UNITED STATES DISTRICT JUDGE